# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 70 Huntington Street; New London, CT 06320 | (860) 443 – 5363 | 04/04/2023 |

| | | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| [x] Judicial District   G.A. | | | |
| [ ] Housing Session    [ ] Number: | | New London | Major: M    Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Sabatini and Associates, LLC; One Market Square; Newington, CT 06111 | 052654 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| (860) 667 – 0839 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [ ] Yes  [x] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: VALAKOS, Mary<br>Address: 22 Henry Street; New London, CT 06320 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: WALGREEN EASTERN CO., INC.; 108 Wilmot Road; Deerfield, Illinois 60015<br>Address: Agent: Prentice-Hall Corporation System; Goodwin Sq; 225 Asylum St; 20th Fl; Hartford, CT 06103 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | [x] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 3- -2023 | *(signature)* | [ ] Clerk | James V. Sabatini, Esquire |

**If this summons is signed by a Clerk:**

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

**RETURN DATE: April 4, 2023**

| | | |
|---|---|---|
| **MARY VALAKOS** | : | **SUPERIOR COURT** |
| **VS.** | : | **NEW LONDON JUDICIAL DISTRICT** |
| **WALGREEN EASTERN CO., INC.** | : | **MARCH 8, 2023** |

## COMPLAINT

1.  Plaintiff Mary Valakos was and is a Connecticut citizen residing in the City of the New London. Complainant resides at 22 Henry Street, New London, Connecticut 06320.

2.  Defendant Walgreen Eastern Co., Inc. was and is a corporation organized and existing under the laws of the State of Illinois with a principal place of business located at 108 Wilmot Road, Deerfield, Illinois 60015.

3.  Defendant owns and operates Walgreen stores in the State of Connecticut including the store located at 698 Bank Street, New London, Connecticut 06320.

4.  Defendant employs 3 or more employees.

5.  Defendant employed plaintiff.

6.  Plaintiff worked as a store associate at the 698 Bank Street, New London Walgreens.

7.  Plaintiff was employed by defendant for over thirteen (13) years.

8.  Plaintiff was qualified for the job.

9.  On or about June 15, 2020, defendant terminated plaintiff's employment.

10. Plaintiff is Caucasian.

11. Prior to the termination date, a customer came to plaintiff's counter with Ebay cards. Plaintiff asked the customer for his debit card and identification.

12. The customer's debit card and identification matched but when he swiped his card; it was declined.

13. The customer then left.

14. Plaintiff notified another employee what happened and they then went to the office to inform Jordan.

15. Later, two customers were standing in line with Ebay cards in their hands.

16. Plaintiff had another customer ring out the customers.

17. One of the customers commented "why don't you want to ring out my father, because he is black."

18. The customers were rung out and they left the store.

19. The customers returned to the store with a third person. The third person yelled out that plaintiff was a racist and demanded to speak to a manager.

20. Plaintiff followed company procedure when dealing with customers and Ebay cards.

21. Defendant adopted the customer's allegation that plaintiff was a racist and terminated plaintiff.

22. Plaintiff is not a racist.

23. Plaintiff did not engage in a racist behavior.

24. Plaintiff found the racist accusation extremely hurtful.

25. Plaintiff's race was the only reason why defendant charged plaintiff as being a racist.

26 Defendant had no facts to support its accusation of plaintiff being a racist.

27. Defendant had no legitimate, non-discriminatory reason to terminate plaintiff's employment.

28. Complainant charges Respondent with race discrimination.

29. Plaintiff filed charges against the defendant with the Connecticut Commission of Human Rights and Opportunities (CHRO) on or about March 15, 2021.

30. Plaintiff received a Release of Jurisdiction from the CHRO on or about December 23, 2022. (Ex.1)

## **FIRST COUNT**
**(Race Discrimination in Violation of C.G.S. §46a-60(b)(1))**

1. Plaintiff repeats the allegations in paragraphs 1 through 30 above as if fully incorporated herein.

31. Defendant, by and through its agents and/or employees, violated the Connecticut Fair Employment Practices Act C.G.S. §46a-60a *et seq.* in one or more of the following ways.

 (a) In that defendant interfered with plaintiff's privilege of employment on the basis of her race;

 (b) In that defendant discriminated against the plaintiff in such a way that adversely affected her status as an employee;

 (c) In that defendant treated the plaintiff adversely different from similarly situated employees;

 (d) In that defendant terminated plaintiff's employment on account of her race;

 (e) In that defendant intentionally discriminated against the plaintiff.

32. As a result of defendant's unequal treatment and discrimination, plaintiff has been deprived of her employment and equal employment opportunities because of her race.

33. As a result of defendant's discrimination of the plaintiff, plaintiff has been

deprived of income, wages, and benefits.

34. As a further result of defendant's discrimination and termination, plaintiff has suffered emotional pain, suffering, embarrassment, shame, inconvenience, mental anguish, loss of enjoyment of life, impairment of her personal and professional reputation, damage caused by the Plaintiff's loss of insurances and savings and investment opportunities, and other pecuniary and non-pecuniary losses.

35. Plaintiff has suffered and will continue to suffer injuries and losses as a result of defendant's wrongful and discriminatory acts.

## DEMAND FOR RELIEF

WHEREFORE, plaintiff prays for appropriate damages including: compensatory damages; damages for back pay, front pay, lost personal days, emotional distress; loss pension/retirement benefits; attorneys' fees; costs; interest; post judgment interest; prejudgment interest; statutory punitive damages pursuant to the CFEPA; job reinstatement; for an injunction requiring the removal of any and all adverse information contained in plaintiff's personnel file; for a trial by jury; and for all other just and proper relief.

Hereof fail not but of this writ with your doings thereon make due service and return according to law.

Dated at Newington, Connecticut this 8th day of March, 2023.

James V. Sabatini, Esquire
SABATINI AND ASSOCIATES, LLC
1 Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
Email: jsabatini@sabatinilaw.com
Juris No. 052654

Please file our appearance
on behalf of the Plaintiff.

James V. Sabatini

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00

exclusive of attorneys and costs.

# EXHIBIT 1

# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

**Mary Valakos**
**COMPLAINANT**

CHRO No. 2140265
vs.
EEOC No. 16A202100622

**Walgreens Eastern Co., Inc.**
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: December 23, 2022

Tanya A. Hughes, Executive Director

cc:
Complainant's Attorney: James Sabatini, Esq.
Sabatini and Associates
jsabatini@sabatinilaw.com

Respondent's Attorney: Shane Goodrich, Esq.
Morgan, Brown & Joy
sgoodrich@morganbrown.com

Case File

STATE OF CONNECTICUT  )
                      ) ss. Hartford                    March 9, 2023
COUNTY OF HARTFORD    )

Then and there by virtue hereof, on March 9, 2023, in the town of Hartford, County of Hartford, I left with and in the hands of Satyaki Sengupta, Facilities Director, Prentice-Hall Corporation System , agent for service for Walgreen Eastern Co., Inc., the within named defendant, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT, a true and attested verified copy of the original Writ, Summons, Complaint, Demand for Relief and Statement of Amount in Demand and Exhibit 1 with my endorsement thereon.

The within and foregoing is the original Writ, Summons, Complaint, Demand for Relief and Statement of Amount in Demand and Exhibit 1 with my doings hereon endorsed.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---:|
| Pages | $ | 9.00 |
| Ends. | | 2.00 |
| Service | | 50.00 |
| Travel | | 14.00 |
| Total | $ | 75.00 |



Updike, Kelly & Spellacy, P.C.
Attorneys at Law

**Satyaki Sengupta (Sen)**
Facilities Director

Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103
(t) 860.509.5309
(f) 860.548.2680
ssengupta@uks.com

www.uks.com